*Mr. P. C. Cornish,* for Respondents.

---

No. 4,617.—SECURITY STATE BANK OF OUTLOOK, RESPONDENT, *v.* JAMES W. McGUIRE ET AL., APPELLANTS.

*Appeal from District Court, Sheridan County.*

Decided April 26, 1920.

PER CURIAM.—Upon motion of respondent, the appeal in this cause is hereby dismissed, Mr. Justice Hurly, deeming himself disqualified, taking no part in the foregoing order.

*Mr. C. J. Cure* and *Messrs. Babcock & Ellery,* for Appellants.

---

No. 4,627.—STATE EX REL. JAMES M. CROFT, RELATOR, *v.* B. F. MOULTON ET AL., RESPONDENTS.

Original application for writ of mandate to respondents, constituting the Board of County Commissioners of Fergus County.

Decided April 28, 1920.

PER CURIAM.—The application of relator for an alternative writ of mandate herein is denied.

*Messrs. Walsh, Nolan & Scallon* and *Messrs. Worden & Grant,* for Relator.